IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

ELIM DE JESUS DAVILA TIRADO
SHARON LIZ JIMENEZ DIAZ

DEBTORS

CASE NO 14-02204-MCF

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COME, ELIM DE JESUS DAVILA TIRADO and SHARON LIZ JIMENEZ DIAZ**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting a proposed amended Plan, dated August 25, 2014, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the objection raised by secured creditor Popular Auto, docket #14.

**WHEREFORE** debtors respectfully request the confirmation of the proposed amended Plan, dated August 25, 2014.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25th day of August, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:   Case No. **3:14-bk-2204**

**DAVILA TIRADO, ELIM DE JESUS & JIMENEZ DIAZ, SHARON LIZ**   Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **8/25/2014**
☐ PRE ☐ POST-CONFIRMATION   Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **390.00** x **42** = $ **16,380.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **18,780.00**

Additional Payments:
$ **20,000.00** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**PROCEEDS FROM COLLECTION OF JUDGMENT CIVIL CASE KPE20063710**

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **38,780.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,484.00**

Signed:  **/s/ ELIM DE JESUS DAVILA TIRADO**
Debtor

**/s/ SHARON LIZ JIMENEZ DIAZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Popular Auto** Cr. ____ Cr. ____
# **Claim 2-1** # ____ # ____
$ **14,017.20** $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Coop De A/C Roose\**
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**   Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE DAVILA TIRADO, ELIM DE JESUS & JIMENEZ DIAZ, SHARON LIZ         Case No. 3:14-bk-2204
                                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | Pedro Diaz Lopez | | |

IN RE DAVILA TIRADO, ELIM DE JESUS & JIMENEZ DIAZ, SHARON LIZ Case No. 3:14-bk-2204
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

Debtors to provide Adequate Protection Payments to Popular Auto through the Trustee in the sum of $150.00 per month for the next eight months or until confirmation, and to be paid retroactive to the date of the filing of the petition.
"Surrenders collateral" : Savings in Banco Popular de PR (Claim 3-1).
DEBTORS will pay GENERAL UNSECURED in full (100% + 4.25% interest per annum), under Chapter 13 Plan.
Debtors consent to the LIFT of STAY in favor of TD Auto Finance (paid by third party), Trustee will not make disbursements to secured creditor since debtors propose to lift the stay.
Debtors consent to the lift of stay in favor of Cooperativa A/C Roosevelt Roads since debtors propose to surrender collateral in favor of said secured creditor. Bankruptcy Court retains jurisdiction as to any deficiency judgment, which balance to be paid pro-rata disbursements through the Trustee.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Any proceeds to be received from collection of Judgment in civil case no. KPE2006-3710 shall be paid to the Trustee and used to fund the debtors' Plan
Debtors assume commercial lease contract at Urb Villa Universitaria ABA-1 with owner Pedro Diaz Lopez.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-02204-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Aug 25 09:21:11 AST 2014 | BANCO POPULAR PR<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | COOP A/C ROOSEVELT ROADS<br>PO BOX 31<br>FAJARDO, PR 00738-0031 |
| POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON, AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Banco Popular -visa<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | Banco Popular De Puerto Rico<br>PO Box 363228<br>San Juan, PR 00936-3228 |
| CARLOS A QUILICHINI PAZ, ESQ.<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | GE Capital Retail Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | Pedro Diaz Lopez<br>PO Box 97<br>Humacao, PR 00792-0097 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | Thd/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | ELIM DE JESUS DAVILA TIRADO<br>URB EL VIVERO<br>G 7 CALLE 6<br>GURABO, PR 00778-2309 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| SHARON LIZ JIMENEZ DIAZ<br>URB EL VIVERO<br>G 7 CALLE 6<br>GURABO, PR 00778-2309 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Coop A/C Roosevelt Roads
PO Box 31
Fajardo, PR  00738-0031

End of Label Matrix
Mailable recipients   21
Bypassed recipients    1
Total                 22