IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO 14-02204/MCF

ELIM DE JESUS DAVILA TIRADO
SHARON LIZ JIMENEZ DIAZ

CHAPTER 13

DEBTORS

## NOTICE OF CHANGE OF POSTAL ADDRESS

### TO THE HONORABLE COURT:

**NOW COME, ELIM DE JESUS DAVILA TIRADO and SHARON LIZ JIMENEZ DIAZ**, debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors hereby respectfully inform the Court that have changed their Postal address as follows:

### 4650 SW GALAXIE ST
### PORT SAINT LUICE FL 34953

**WHEREFORE**, the debtors respectfully request this Honorable Court be informed of the above stated, in the present case.

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to Jose R. Carrión, Esq., Chapter 13 Trustee; and via regular mail to the debtors, Elim De Jesus Davila Tirado and Sharon Liz Jimenez Diaz to the address above-mentioned: 4650 SW Galaxie St, Port Saint Luice FL 34953.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 24th day of January, 2018.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS, PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Label Matrix for local noticing
0104-3
Case 14-02204-MCF13
District of Puerto Rico
Old San Juan
Wed Jan 24 08:53:11 AST 2018

BANCO POPULAR PR
PO BOX 366818
SAN JUAN, PR 00936-5818

COOP A/C ROOSEVELT ROADS
PO BOX 31
FAJARDO, PR 00738-0031

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-5818

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Banco Popular -visa
209 Munoz Rivera Ave
San Juan, PR 00918

Banco Popular De Puerto Rico
PO Box 363228
San Juan, PR 00936-3228

CARLOS A QUILICHINI PAZ, ESQ.
PO BOX 9020895
SAN JUAN, PR 00902-0895

Chase
PO Box 15298
Wilmington, DE 19850-5298

DEPARTMENT OF TREASURY
SECTION OF BANKRUPTCY  424-B
P.O. BOX 9024140
SAN JUAN P.R 00902-4140

GB Capital Retail Bank
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

Pedro Diaz Lopez
PO Box 97
Humacao, PR 00792-0097

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333-9223

Thd/cbna
PO Box 6497
Sioux Falls, SD 57117-6497

ELIM DE JESUS DAVILA TIRADO
SHARON LIZ JIMENEZ DIAZ
4650 SW GALAXIE ST
PORT SAINT LUICF FL 34953

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Coop A/C Roosevelt Roads
PO Box 31
Fajardo, PR 00738-0031

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients      23
Bypassed recipients       2
Total                    25